UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>BYRON LEE WHITE,<br>    Defendant. | CRIMINAL NO. 5:18-67-KKC-2<br><br>OPINION AND ORDER |

*** *** ***

This matter is before the Court on Defendant Byron Lee White's motion (DE 117) requesting that the Court recommend that he be placed in a Residential Reentry Center/Halfway House for the final 12 months of his sentence.

Pursuant to 18 U.S.C. § 3624(c)(1), the director of the Bureau of Prisons must:

> to the extent practicable, ensure that a prisoner serving a term of imprisonment spends a portion of the final months of that term (not to exceed 12 months), under conditions that will afford that prisoner a reasonable opportunity to adjust to and prepare for the reentry of that prisoner into the community. Such conditions may include a community correctional facility

18 U.S.C.A. § 3624(c).

The BOP is the entity that designates the place of the prisoner's imprisonment. 18 U.S.C. § 3621(b). Nevertheless, among the factors that the BOP can consider in making that determination is any statement by the sentencing court concerning the purpose for which the sentence to imprisonment was determined to be warranted or recommending a type of penal or correctional facility as appropriate. 18 U.S.C. § 3621(b)(4). Based upon the record before it, the Court has no objection to Byron White being placed in a residential reentry center for

1

the final 12 months of his sentence if the BOP finds that appropriate. The Court, however, has no knowledge of White's behavior and actions while in BOP custody.

Accordingly, the Court hereby ORDERS that Byron White's motion (DE 117) is GRANTED to the extent he asks for a statement by the Court that, based upon the record before it, the Court has no objection to White being placed in a residential reentry center for the final 12 months of his sentence if the BOP finds that appropriate.

This 6th day of October, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY